IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Georgia Arendt, individually and as Special Administrator of the Estate of Anthony Arendt, Deceased<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>A.W. Chesterton Company, et al.,<br><br>　　　　　　　　　　　　　　Defendants. | Case No. 13-CV-60017 |

_____

**Plaintiff's Response to Georgia-Pacific LLC's Motion for Summary Judgment**
_____

In response to Georgia-Pacific LLC's motion for summary judgment (ECF Doc. 29), plaintiff adopts and incorporates *Plaintiff's Response to Owens-Illinois, Inc.'s Motion to Dismiss* (ECF Doc. 26), filed in this matter on October 14, 2013.

Anthony Arendt's case was dismissed in 2012 under Fed. R. Civ. P. 41(b), which allows involuntary dismissal "If the plaintiff fails to prosecute or to comply with these rules or a court order(.)" (*See* Document 26-5.)  As set forth in Plaintiff's Response to Owens-Illinois, Inc.'s Motion to Dismiss, the earlier dismissal was based on the specific pleading in that case, which has now been re-pled.  The court did not decide any disputed facts or grant summary judgment to defendants.

Dated:   November 11, 2013.

   s/ Robert G. McCoy        _____
Attorney for Plaintiff

Michael P. Cascino
Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago IL 60607
Phone: 312-944-0600
Email: bmccoy@cvlo.com
Email: ecf.cvlo@gmail.com

_____

### Certificate of Service
_____

I hereby certify that on November 11, 2013, I caused the forgoing to be electronically filed with the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system which will automatically send all necessary notifications of this filing to CM/ECF participants in this case.

Dated:   November 11, 2013.

   s/ Robert G. McCoy        _____
Attorney for Plaintiff

Michael P. Cascino
Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago IL 60607
Phone: 312-944-0600
Email: bmccoy@cvlo.com
Email: ecf.cvlo@gmail.com