IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | |
| Georgia Arendt, individually and as Special Administrator of the Estate of Anthony Arendt, Deceased<br><br>       Plaintiff,<br><br> v.<br><br>A.W. Chesterton Company, et al.,<br><br>       Defendants. | Case No. 13-CV-60017 |

Declaration in Support of Plaintiff's Response to Owens-Illinois Inc.'s Motion for Summary Judgment.

I, Alexander Aguilar, declares as follows:

1. I am a Legal Assistant at Cascino Vaughan Law Offices, attorneys for plaintiff Georgia Arendt. I make this declaration based on my personal knowledge in support of Plaintiff's Response to Owens-Illinois Inc.s Motion for Summary Judgment.

2. Attached as Exhibits are true and accurate copies of the following:

   1. Complaint Filed 8/5/2009
   2. Conditional Transfer Order 10/8/2009
   3. Order on Motions to Dismiss 11/14/2011
   4. Order Granting Motions to Dismiss 3/12/2012
   5. Death Certificate of Anthony Arendt
   6. Complaint Filed 6/26/2013
   7. Henry Anderson AO12 Report 9/24/2013
   8. Medical Records from Preva Health Centers 2006

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 9, 2014

_____
Alexander Aguilar