IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No.   MDL 875 |
| *Arendt*       13-CV-60017 | |

**Plaintiff's Status Report Regarding the Rule to Show Cause**
_____

Plaintiff submits the following status report:

1. This case has no outstanding motion practice and is ready to be remanded.

2. The remaining defendants in this action are:

   a.) Owens-Illinois Inc.


Dated: February 27, 2015

/S/ Michael P. Cascino
Attorneys for Plaintiffs
Michael P. Cascino
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
Phone: (312) 944-0600
Email: ecf.cvlo@gmail.com

## Certificate of Service

I hereby certify that on February 27, 2015, I caused the forgoing to be electronically filed with the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system which will automatically send all necessary notifications of this filing to CM/ECF participants in this case.

Dated: February 27, 2015

/S/ Michael P. Cascino
Attorneys for Plaintiffs

Michael P. Cascino
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
Phone: (312) 944-0600
Email: ecf.cvlo@gmail.com